UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LORI JO VINCENT, RUTH ANN GUTIERREZ, and
LINDA U. GARRIDO, and JOHN GARRIDO, on behalf
of themselves and all others similarly situated,

                Plaintiffs,                03 Civ. 2876 (JGK)

   -- against --                    **NOTICE OF MOTION**
                                          **TO AMEND**

THE MONEY STORE, TMS MORTGAGE, INC.,
HOMEQ SERVICING CORP., and MOSS, CODILIS,
STAWIARSKI, MORRIS, SCHNEIDER
& PRIOR, LLP,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Please take notice that, pursuant to the schedule established in the Court's order of June 24, 2010, plaintiffs Lori Jo Vincent, Ruth Ann Guttierez and Linda and John Garrido move to amend their Complaint in this action.

                                                **Law Offices of Paul Grobman**

                                                By: Paul Grobman
                                                     555 Fifth Avenue -17th floor
                                            New York, New York 10017
                                            Tel.: 212-983-5880
                                            Fax.: 212-682-7060
                                            E-Mail: Grobtown@aol.com

                                            *Attorneys for Plaintiffs*