## AFFIRMATION OF SERVICE

PAUL GROBMAN, a lawyer admitted to practice in the state and federal courts of New York, deposes and states that:

On July 9, 2010, I served a copy of plaintiff Linda Garrido, Lori Jo Vincent and Ruth Ann Guttierez's Memorandum in Support of Motion for Leave to Amend, and the Declaration of Paul Grobman, by emailing a copy of the motion, and then serving another copy by overnight mail, to the following attorneys:

David Chizewer, Esq.
Goldberg Kohn Bell Black
55 East Monroe Street, Suite 3300
Chicago, Illinois 50603-5792

Hans Kobelt
McCarter & English
245 Park Avenue, 27th floor
New York, NY 10167

_____
Paul S. Grobman

Dated: July 9, 2010
      New York, New York