UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/2010

JOSEPH MAZZEI, on behalf of himself
and all others similarly situated,

          Plaintiffs,

- against -

THE MONEY STORE, ET AL.,

          Defendants.

01 Civ. 5694 (JGK)

LORI JO VINCENT, ET AL., on behalf
of herself and all others similarly
situated,

          Plaintiffs,

- against -

THE MONEY STORE, ET AL.,

         Defendants.

03 Civ. 2876 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiffs' counsel is requested to provide the Court with a copy of the proposed amended complaints in these actions, marked to show every proposed addition from the currently pending complaints. The copies should be provided by **August 20, 2010**.

SO ORDERED.

Dated: New York, New York
       August 7, 2010

                                        John G. Koeltl
                                 United States District Judge