UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
LORI JO VINCENT,

                      Plaintiff(s),

    -against-

THE MONEY STORE,

                    Defendant(s).
-------------------------------------------------------X

**NOTICE OF ORAL ARGUMENT**

03 civ 2876 (JGK)

To All Parties,

    You are directed to appear for oral argument on the pending motion(s), to be held on **Thursday, September 23, 2010 at 2:30pm** in Courtroom 12B, in front of the Honorable John G. Koeltl.

    **All requests for adjournments must be made in writing to the Court.**

    For any further information, please contact the Court at (212) 805-0107.

                                                  Don Fletcher
                                          Courtroom Case Manager

Dated: New York, New York
          September 15, 2010

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/2010
```