# Paul Grobman, Esq.

555 Fifth Avenue, 17th Floor
New York, New York 10017

Phone: (212) 983-5880 • Fax: (212) 682-7060 • e-mail: grobtown@aol.com

SEP 16 2010

September 16, 2010

USI

DOC...T
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/20/10__

**VIA FACSIMILE (212) 805-7912**
The Honorable John G. Koeltl
United States Courthouse
500 Pearl Street
New York, N.Y. 10017-1312

Re:  **Mazzei v. Money Store (01 Civ. 5694); Vincent v. Money Store
     (03 Civ. 2876 (JES)**

Dear Judge Koeltl:

I represent the plaintiffs in the above-referenced actions.

Yesterday, the parties received ECF notification from the Court setting oral argument on the pending motions to amend for September 23, 2010. Unfortunately, that day falls on the first day of the Jewish holiday of Sukkot, and for that reason, I respectfully request an adjournment of oral argument.

I have spoken to counsel for the HomEq defendants, who have advised me that they also have a conflict on September 23rd, but are available for oral argument on October 5 or 6th, 2010. Counsel for defendant Moss Codilis has also indicated that he is available on those dates. If those dates are inconvenient for the Court, I am available for oral argument on any date other than September 23 or 24, or October 1, 2010.

Respectfully yours,

Paul S. Grobman

cc.  David Chizewer, Esq.
     Hans Kobelt, Esq.

ADJOURNED TO TUESDAY,
OCTOBER 5, 2010 AT 10:30AM
SO ORDERED

9/17/10