UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

JOSEPH MAZZEI, on behalf of himself
and all others similarly situated,

               Plaintiffs,

     - against -

THE MONEY STORE, ET AL.,

               Defendants.

------------------------------------

LORI JO VINCENT, ET AL., on behalf
of herself and all others similarly
situated,

               Plaintiffs,

     - against -

THE MONEY STORE, ET AL.,

               Defendants.

------------------------------------

01 Civ. 5694 (JGK)

03 Civ. 2876 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

As discussed on the record at today's hearing, the defendants' time to answer the Amended Complaint is **October 19, 2010**. The defendants should notify the plaintiffs no later than **October 19, 2010**, whether they intend to bring a motion for summary judgment. If the defendants elect to do so, any motion for summary judgment is due by **November 12, 2010**. If the defendants do not elect to bring a motion for summary judgment, the plaintiffs' motions for class certification are due by

November 12, 2010.

SO ORDERED.

Dated: New York, New York
       October 5, 2010

_____
John G. Koeltl
United States District Judge