**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: *10-5-10*

JOSEPH MAZZEI, on behalf of himself
and all others similarly situated,

                    Plaintiffs,

                                        01 Civ. 5694 (JGK)

          - against -

THE MONEY STORE, ET AL.,

                    Defendants.
_____

LORI JO VINCENT, ET AL., on behalf
of herself and all others similarly
situated,

                    Plaintiffs,

                                        03 Civ. 2876 (JGK)

          - against -
                                        ORDER
THE MONEY STORE, ET AL.,

                    Defendants.
_____

**JOHN G. KOELTL, District Judge:**

As discussed on the record at today's hearing, the
defendants' time to answer the Amended Complaint is **October 19,
2010**.  The defendants should notify the plaintiffs no later than
**October 19, 2010**, whether they intend to bring a motion for
summary judgment.  If the defendants elect to do so, any motion
for summary judgment is due by **November 12, 2010**.  If the
defendants do not elect to bring a motion for summary judgment,
the plaintiffs' motions for class certification are due by

1

November 12, 2010.

SO ORDERED.

Dated: New York, New York
       October 5, 2010

                                        John G. Koeltl
                                United States District Judge