AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

**APPEARANCE**

Case Number: 03 Civ. 2876 (JGK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiffs LORI JO VINCENT, RUTH ANN GUTIERREZ, and LINDA U. GARRIDO, and JOHN GARRIDO as well as all other similarly situated.

I certify that I am admitted to practice in this court.

| 11/11/2010 | | |
|---|---|---|
| Date | Signature | |
| | Himanshu R. Sharma | (HS 3598) |
| | Print Name | Bar Number |
| | 286 Madison Avenue, Suite 2002, | |
| | Address | |
| | New York    NY | 10017 |
| | City        State | Zip Code |
| | (212) 561-1907 | (732) 494-8876 |
| | Phone Number | Fax Number |