

# McCARTER & ENGLISH
### ATTORNEYS AT LAW

December 14, 2010

**Daniel A. Pollack**
T. 212.609.6900
F. 212.645.0706
DPollack@mccarter.com

McCarter & English, LLP
245 Park Avenue
27th Floor
New York, NY 10167-0001
T. 212.609.6800
F. 212.609.6921
www.mccarter.com

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

By Fax: (212) 805-7912

Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  **Vincent v. The Money Store, et al.**
     03 Civ. 2876 (JGK) (RLE)

Dear Judge Koeltl:

Plaintiffs yesterday (December 13) filed a motion styled "Motion for Reconsideration" of an Order entered by Judge Sprizzo on December 7, 2005. We think Plaintiffs are about five years too late in bringing on a motion for reconsideration.

In the event that this Court decides to entertain such a motion, we respectfully request that Defendants' time to file answering papers be extended from December 27 to January 31. We are presently working on the summary judgment motions and I will be away from the office for the latter part of this month and the beginning of next month. Plaintiffs' Counsel (Mr. Grobman) consents to this extension. In turn, if this Court decides to entertain such a motion and grants our request for an extension, we have agreed that Mr. Grobman's time to reply will be extended to February 10.

Respectfully,

*Daniel A. Pollack*

Daniel A. Pollack
Counsel for The Money Store Defendants

cc: All Counsel (by e-mail)

---

*Handwritten endorsement:* Time to respond to the Rule 54(b) motion extended to 1/31/11. Time to reply extended to 2/4/11. SO ORDERED. /s/ JGK, U.S.D.J. 12/16/10

ME1 10981159v.1