UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSEPH MAZZEI,

                    Plaintiff(s),    **NOTICE OF ORAL ARGUMENT**

      -against-

THE MONEY STORE,    01 civ 5694 (JGK)

                    Defendant(s).
------------------------------------------------------------X
LORI JO VINCENT,

                    Plaintiff(s),    03 civ 2876 (JGK)

      -against-

THE MONEY STORE,
                    Defendant(s).
------------------------------------------------------------X

To All Parties,

You are directed to appear for oral argument on the pending motion(s), to be held on

**Wednesday, September 7, 2011 at 10:30am** in Courtroom 12B, in front of the Honorable John

G. Koeltl.

**All requests for adjournments must be made in writing to the Court.**

For any further information, please contact the Court at (212) 805-0107.

                                                   Don Fletcher
                                          Courtroom Case Manager

Dated: New York, New York
       August 22, 2011

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/2011