UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------

LORI JO VINCENT, ET AL.,                    03 Civ. 2876 (JGK)
                                            11 Civ. 7685 (JGK)
                Plaintiffs,
                                            ORDER
        - against -

THE MONEY STORE, ET AL.,

                Defendants.
-------------------------------

JOHN G. KOELTL, District Judge:

    Oral argument for the pending class certification motions will take place on **November 24, 2014 at 9:30 a.m.**

SO ORDERED.

Dated:  New York, New York
        November 11, 2014

                                    _____
                                             John G. Koeltl
                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED. 11/12/14