

November 25, 2014

Edward T. McDermott
Partner
T. 212.609.6903
emcdermott@mccarter.com

McCarter & English, LLP
245 Park Avenue
27th Floor
New York, NY 10167-0001
T. 212.609.6800
F. 212.609.6921
www.mccarter.com

BOSTON

EAST BRUNSWICK

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WASHINGTON, DC

WILMINGTON

ECF FILING and FAX

Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Vincent v. The Money Store, et al.*
      03 Civ. 02876 (JGK)

Dear Judge Koeltl:

This letter responds to Your Honor's request yesterday for citations to the record for the commencement and termination dates for the breach letter program of Moss Codilis.

The commencement and termination dates of July 1997 and November 2000 respectively are found in Exhibit A (at pp. 204-05 of the Nash deposition transcript) to the McDermott Declaration submitted in support of The Money Store Defendants' Opposition to Class Certification in *Vincent I*, dated July 11, 2014.

Respectfully,

Edward T. McDermott
Counsel for Defendants

cc:   Paul S. Grobman, Esq.
      Counsel for Plaintiff

ME1 19353389v.1